ANDREW R. STILWELL, ESQ. (CBN: 229469)
MICHAEL H. WEINER, ESQ. (CBN: 269079)
STILWELL & ASSOCIATES, INC.
4669 Murphy Canyon Road, Suite 200
San Diego, California 92123
Telephone: (858) 715-3900
Facsimile: (858) 715-3977

Attorneys for ANDREW S. HUANG, Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**CIVIL DIVISION**

| | |
|---|---|
| ANDREW S. HUANG,<br><br>            Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive,<br><br>            Defendant(s). | Case No. 3:11-CV-02474-W-NLS<br>Assigned to Hon. Thomas J. Whelan<br><br>DECLARATION OF ANDREW R. STILWELL IN SUPPORT OF APPLICATION ATTORNEY'S FEES AND COSTS |

I, ANDREW R. STILWELL, hereby declares under penalty of perjury, pursuant ot 28 U.S.C. 1746, that the following is true and correct.

1.  I am an attorney in good standing admitted to practice in California, and before this Court, among other Courts. I maintain an office in San Diego, California.

2.  I represent the plaintiff, ANDREW S. HUANG, in this action. He retained me to represent him on October 15, 2011. The facts he presented to me stated a causes of action for declaratory relief under California's Anti-Deficiency laws.

PLEADINGS                            -1-                              Case No. 3:11-CV-02474-W-NLS
DECLARATION OF ANDREW R. STILWELL IN
SUPPORT OF REQUEST FOR ATTORNEY'S FEES
AND COSTS

STILWELL & ASSOCIATES
ATTORNEYS AT LAW
SAN DIEGO

3.  I submit this declaration in connection with plaintiff's application for attorney's fees and costs corresponding with the application for default judgment in this action.

4.  During the course of the judicial proceedings, I performed numerous acts as attorney for plaintiff and rendered him various services as attorney of record, to wit: the researching of causes of action under the California Anti-Deficiency laws, the drafting and filing of a complaint for such declaratory relief, the research and drafting of applications for entry of default as well as default judgment, and the preparation and filing of three declarations and requests for judicial notice in support of such default applications.

5.  I also engaged defendant's counsel and drafted a settlement agreement, which was delivered to defendant, through its counsel, but to this date have not received any word of acceptance or declination.

6.  I have attached a detailed report of the actions I have taken on this matter, along with the time spent taking such actions, as Exhibit A to this declaration, and I incorporated them fully herein by this reference.

7.  Further, I have attached a Bill of Costs to show the court the costs outlaid by the plaintiff in this matter, which is Exhibit B hereto and incorporated fully herein by this reference.

8.  The relief obtained via the default judgment pending herein will be an excellent result. It includes the enforcement of California's Anti-Deficiency laws and shield plaintiff from continued collection efforts on a post-foreclosure deficiency that

STILWELL & ASSOCIATES
ATTORNEYS AT LAW
SAN DIEGO

PLEADINGS    -2-    Case No. 3:11-CV-02474-W-NLS
DECLARATION OF ANDREW R. STILWELL IN SUPPORT OF REQUEST FOR ATTORNEY'S FEES AND COSTS

defendant has no legal right to. The protection will be in the amount of $76,686.03, and will avoid further and future litigation between the parties.

    9. I am seeking fees at the rate of $375.00 per hour. That rate is the true market value for my services. It was determined after familiarizing myself with rates of other attorneys admitted to the bar and with my level of expertise in the area of secured credit transactions and anti-deficiency in California. There are relatively few attorneys who have the level of expertise I have in the area of post-foreclosure anti-deficiency in California (as also a law professor in this area), and this price is a value in the marketplace.

    10. As the items in the attached exhibits indicate, I spent a total of 29.3 hours on this case, which multiplied by my billing rate equals a total amount of attorney's fees to be $10,987.50. Further, plaintiff paid $350.00 in filing costs, and $162.50 in costs for service of the summons and complaint.

    11. For these reasons, and concurrent with the Court's approval of plaintiff's application for default judgment, I respectfully request an order and judgment from this Court to include the payment of $10,987.50 in attorney's fees and $512.50 in costs by defendant, without reduction. I further respectfully request the Court to grant any such other and further relief as this Court may deem just and proper.

Dated: January 31, 2012

_____
ANDREW R. STILWELL, Declarant

STILWELL & ASSOCIATES
ATTORNEYS AT LAW
SAN DIEGO

PLEADINGS     -3-     Case No. 3:11-CV-02474-W-NLS
DECLARATION OF ANDREW R. STILWELL IN
SUPPORT OF REQUEST FOR ATTORNEY'S FEES
AND COSTS

# EXHIBIT A

# EXHIBIT A

| Client # | Last Name | First Name | Matter | Action By | Date | Type | Action | Hours |
|---|---|---|---|---|---|---|---|---|
| 202 | Huang | Andrew | 1RL | ARS | 10/24/2011 | RES | Research causes of action for declaratory relief and anti-deficiency statutes | 5.7 |
| 202 | Huang | Andrew | 1RL | ARS | 10/25/2011 | PLD | Drafting complaint, summons for declaratory relief and damages | 5.9 |
| 202 | Huang | Andrew | 1RL | ARS | 11/30/2011 | PLD | Draft and file application for entry of default | 1.1 |
| 202 | Huang | Andrew | 1RL | ARS | 12/8/2011 | COR | email to atty webber re: settlement proposal | 0.1 |
| 202 | Huang | Andrew | 1RL | ARS | 12/11/2011 | PLD | drafted settlement agreement | 1.7 |
| 202 | Huang | Andrew | 1RL | ARS | 12/12/2011 | PLD | Review and revise settlement agreement | 1.8 |
| 202 | Huang | Andrew | 1RL | ARS | 12/12/2011 | COR | drafted email to attorney webber re: settlement agt | 0.1 |
| 202 | Huang | Andrew | 1RL | ARS | 12/10/2011 | RES | Research issues of default and judgment, and rights to attorney fees under deeds of trust | 1.4 |
| 202 | Huang | Andrew | 1RL | ARS | 12/12/2011 | PLD | drafting application for default judgment by court, declaration in support, and proposed order | 1.5 |
| 202 | Huang | Andrew | 1RL | ARS | 12/14/2011 | PLD | drafting default judgment application to court, declaration in support, and proposed order | 2.8 |
| 202 | Huang | Andrew | 1RL | ARS | 12/22/2011 | PLD | drafting declaration of Andrew Stilwell, and Andrew Huang in support of default judgment, motion for judicial notice | 4.3 |
| 202 | Huang | Andrew | 1RL | ARS | 12/21/2011 | PLD | drafting declaration of Andrew Stilwell, and Andrew Huang in support of default judgment, motion for judicial notice | 2.2 |
| 202 | Huang | Andrew | 1RL | ARS | 12/23/2011 | PLD | drafted points and authorities in support of application for default judgment | 0.5 |
| 202 | Huang | Andrew | 1RL | SG | 12/23/2011 | EXP | filed application for default judgment and request for judicial notice will all | 0.1 |

| 202 | Huang | Andrew | 1RL | ARS | 12/29/2011 | APL | received and reviewed email from atty Weber re; receipt of settlement offer. attachments. | 0.1 |

Total Billable Hours: 29.3

# EXHIBIT B

# EXHIBIT B

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| ANDREW S. HUANG | ) | Case No.: 11-cv-02474-W-NLS |
| --- | --- | --- |
| | ) | Hearing Date: 02/06/2012 |
| BANK OF AMERICA, N.A., AND DOES 1-20, inclusive | ) | Hearing Time: |
| | ) | Hearing Location: Clerk's Office |
| | ) | 880 Front Street, suite 4290 |
| **BILL OF COSTS** | | San Diego, CA 92101 |

Judgment having been entered in the above entitled action on __02/06/2012__ against __BANK OF AMERICA, N.A.__,
                                                              Date
the Clerk is requested to tax the following as costs:

| | | |
| --- | --- | --- |
| Fees of the Clerk ................................................................... | $ | 350.00 |
| Fees for service of summons and subpoena .............................................. | | 162.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | | 0.00 |
| Fees and disbursements for printing................................................... | | 0.00 |
| Fees for witnesses *(itemize on page two)* .................................................... | | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case................................................... | | 0.00 |
| Docket fees under 28 U.S.C. 1923 ........................................................ | | 0.00 |
| Costs as shown on Mandate of Court of Appeals........................................... | | 0.00 |
| Compensation of court-appointed experts ................................................ | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | 0.00 |
| Other costs *(please itemize)* ............................................................. | | 0.00 |
| **TOTAL** | $ | |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✓   Electronic service            ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney: _____

Name of Attorney: ANDREW R. STILWELL

For: _____ANDREW S. HUANG_____           Date: __02/01/2012__
               *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____$512.50_____ and included in the judgment.

_____              By: _____              _____
   Clerk of Court                                  Deputy Clerk                               Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.