ANDREW R. STILWELL, ESQ. (CBN: 229469)
MICHAEL H. WEINER, ESQ. (CBN: 269079)
STILWELL & ASSOCIATES, INC.
4669 Murphy Canyon Road, Suite 200
San Diego, California 92123
Telephone: (858) 715-3900
Facsimile: (858) 715-3977

Attorneys for ANDREW S. HUANG, Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### CIVIL DIVISION

| | |
|---|---|
| ANDREW S. HUANG,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive,<br><br>　　　　　　　　Defendant(s). | Case No. 3:11-CV-02474-W-NLS<br>Assigned to Hon. Thomas J. Whelan<br><br>STIPULATION OF DISMISSAL |

　　　IT IS HERBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: March 13, 2012　　　　　　　　STILWELL & ASSOCIATES, INC.

　　　　　　　　　　　　　　　　　　　*S/ Andrew R. Stilwell*
　　　　　　　　　　　　　　　　　　　ANDREW R. STILWELL, ESQ.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1 | Dated: March 13, 2012

                                                <u>*S/ David Reed*</u>
                                                DAVID REED, ESQ.
                                                Attorney for Bank of America, N.A.